1

2

3

4

5

6                      **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF NEVADA**

8   SELENA CYTANOVIC,                    │   Case No: 3:24-cv-00143-ART-CSD

9                    Plaintiff,          │

10  vs.                                  │        **ORDER GRANTING**

11  PANAVISE PRODUCTS, INC.,             │        **STIPULATION  FOR**
                                         │   **DISMISSAL WITH PREJUDICE**
12                   Defendant.          │

13

14         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selena Cytanovic ("Plaintiff") and

15  Defendant PanaVise Products, Inc. ("Defendant"), through their respective undersigned counsel,

16  hereby jointly stipulate to dismiss the above-captioned action with prejudice in its entirety.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    Plaintiff and Defendant shall each bear her/its own attorneys' fees and costs incurred in

2 this action.

3    DATED this 29th day of July, 2024.

4 McDONALD CARANO LLP                    LAW OFFICE OF MARK MAUSERT

5 By: /s/ Kristen T. Gallagher          By: /s/ Sean McDowell
        Kristen T. Gallagher (NSBN 9561)        Mark Mausert
6       2300 West Sahara Avenue, Suite 1200     Sean McDowell
        Las Vegas, Nevada 89102                 729 Evans Avenue
7       Telephone: (702) 873-4100               Reno, Nevada 89512
        kgallagher@mcdonaldcarano.com           Telephone: (775) 786-5477
8                                               mark@markmausertlaw.com
        *Attorneys for Defendant PanaVise*      sean@markmausertlaw.com
9       *Products, Inc.*
                                                *Attorneys for Plaintiff Selena Cytanovic*
10

11                                       IT IS SO ORDERED:

12

13

14                                       ANNE R. TRAUM
                                         UNITED STATES DISTRICT JUDGE
15
                                         DATED: August 1, 2024
16

17

18

19

20

21

22

23

24

25

26

27

28

2